**No. 53610.**—Ti Hang Lung & Co. *v.* United States, protest 88716–K (San Francisco).

Opinion by Ekwall, J.    At the hearing it was stipulated that the merchandise is the same in all material respects as the Sum Yung involved in *Wing Duck Co.* v. *United States* (6 Cust. Ct. 133, C. D. 446).    In accordance with this agreement plaintiff's claim that the merchandise is not subject to an internal revenue tax was sustained.

**No. 53611.**—Austin Nichols & Co., Inc., et al. *v.* United States, protests 724650–G, etc.    (New York).

Opinion by Ekwall, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53612.**—T. D. Downing Co. et al. *v.* United States, protests 103180–K, etc. (Boston and Ogdensburg).

Opinion by Ekwall, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53613.**—Abercrombie & Fitch Co. et al. *v.* United States, protests 104530–K, etc. (New York).

Opinion by Ekwall, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53614.**—Franam Corp. et al. *v.* United States, protests 136393–K, etc. (New York).

Opinion by Ekwall, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

OCTOBER 6, 1949

**No. 53615.**—W. Stuart Smith *v.* United States, protest 129255–K.—C. D. 1182.    Plaintiff's application for rehearing denied.

OCTOBER 3, 1949

**No. 53616.**—Suit 4608.—E. C. Lineiro *v.* United States.—C. D. 1125 reversed June 28, 1949.    C. A. D. 411.